No. 488. OSTRANDER, ADMINISTRATOR, ET AL. *v.* PREECE, ADMINISTRATOR, ET AL. Jurisdictional statement submitted October 11, 1935. Decided October 21, 1935. *Per Curiam:* The ap-

peal herein is dismissed for the want of a substantial federal question. *Maxwell* v. *Bugbee,* 250 U. S. 525, 540, 541–542; *Campbell* v. *California,* 200 U. S. 87, 95; *Magoun* v. *Illinois Trust & Savings Bank,* 170 U. S. 283, 288; *Mager* v. *Grima,* 8 How. 490, 493; *Frederickson* v. *Louisiana,* 23 How. 445, 447; *United States* v. *Perkins,* 163 U. S. 625, 627; *United States* v. *Fox,* 94 U. S. 315, 320–321. *Mr. Robert Newbegin* for appellants. No appearance for appellees.